# Exhibit A

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**NIKI WILKINSON,** Plaintiff,
5737 5th St Ne
Washington, DC 20011
202-375-9803
Wilkinsonniki@hotmail.com

v.

**WASHINGTON REPORTER, LLC,** Defendant.
Address unknown; will be served via registered agent or publication if necessary.

Civil Action No.: 2026-CAB-006080

**COMPLAINT**

Plaintiff Niki Wilkinson ("Plaintiff"), for her Complaint against Defendant Washington Reporter, LLC ("Washington Reporter"), alleges as follows:

**I. INTRODUCTION**

1. Plaintiff is a private individual, not a public figure. Plaintiff is a civil servant employed by the IRS.
2. This lawsuit seeks accountability for a malicious and reckless publication by Washington Reporter, which disseminated a fabricated article falsely portraying Plaintiff as a partisan actor, unethical bureaucrat, and participant in the IRS's decade-old "Tea Party scandal," an allegation that is objectively impossible. See Exhibit 1.
3. On September 5, 2025, Washington Reporter published an article repeating and amplifying false statements originally made by The Daily Caller, and adding new defamatory assertions of its own. See Exhibit 2. Washington Reporter falsely claimed Plaintiff "was attacking conservatives and President Trump," that she "was linked to the

2013 Tea Party targeting scandal under Lois Lerner," and that she "was involved in new efforts to target conservative groups."

4. These statements were entirely false. Plaintiff did not join the IRS until 2019 — six years after the Tea Party controversy ended. She had no involvement in any IRS activity during the Obama administration, and she has never engaged in political targeting or partisan misconduct.

5. Washington Reporter further embellished the false narrative by asserting Plaintiff "was still in power at the start of the Trump administration," that she "was involved in new efforts to target conservative groups," and that her conduct "prompted renewed scrutiny of the IRS's hiring practices." See Exhibit 1.

6. Washington Reporter published these falsehoods without contacting Plaintiff, without verifying basic facts, and without regard for the truth. Its conduct caused severe reputational harm, professional injury, emotional distress, harassment, and foreseeable republication of defamatory content across the internet.

7. Plaintiff brings this action to hold Washington Reporter accountable and to restore her good name.

## II. PARTIES

7. Plaintiff Niki Wilkinson is a private individual residing and working in Washington, D.C. She has been employed by the Internal Revenue Service since 2019 in non-supervisory, taxpayer-facing roles.

8. Defendant Washington Reporter, LLC is a media organization that publishes political content online, including through its website and affiliated platforms. According to

publicly available information, Washington Reporter operates nationally and directs its publications into the District of Columbia.

## III. JURISDICTION AND VENUE

9. This Court has subject-matter jurisdiction under D.C. Code § 11-921(a).
10. This Court has personal jurisdiction over Defendant under D.C. Code §§ 13-422 and 13-423(a)(3)–(4) because Defendant purposefully directed its publication into the District of Columbia where it was accessed by DC residents, including Plaintiff; Plaintiff resides and works in the District, and Plaintiff suffered injury in the District as a result of Defendant's conduct.
11. Venue is proper because Plaintiff resides in the District of Columbia and the defamatory statements were accessed and caused harm in the District.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's Background

12. Plaintiff is a private individual and civil servant. She is not a public figure, political actor, policymaker, or spokesperson.
13. Plaintiff joined the IRS in September 2019 — years after the 2013 Tea Party controversy. She had no involvement in any IRS activity during the Obama administration. See Exhibit 3.
14. Plaintiff maintains a personal LinkedIn page containing her employment history and a disclaimer stating that her posts reflect her personal views and are not endorsed by the IRS. See Exhibit 3.

**B. Washington Reporter's Defamatory Article**

15. On September 5, 2025, Washington Reporter published an article repeating false statements originally made by The Daily Caller and adding new defamatory assertions of its own. See Exhibit 1.

16. Washington Reporter falsely stated that Plaintiff:

    a. "was attacking conservatives and President Trump while being employed as a federal employee";

    b. "was linked to the 2013 Tea Party targeting scandal under Lois Lerner";

    c. "was still in power at the start of the Trump administration";

    d. "was involved in new efforts to target conservative groups";

    e. "prompted renewed scrutiny of the IRS's hiring practices and oversight."

    See Exhibit 1.

17. These statements were false. Plaintiff was not employed by the IRS during the Obama administration, was not involved in the Tea Party controversy, did not target conservatives, and did not engage in partisan misconduct. See Exhibit 3.

18. Washington Reporter embedded a link to the Daily Caller article, republishing and amplifying defamatory content after notice of falsity. See Exhibit 4.

19. Washington Reporter did not contact Plaintiff before publication, did not verify basic facts, and did not review or ignored publicly available information showing Plaintiff joined the IRS in 2019. See Exhibit 3.

20. Washington Reporter's false statements conveyed a defamatory meaning, portraying Plaintiff as partisan, unethical, and involved in political targeting of conservatives.

**C. Foreseeable Republication and Harm**

21. Washington Reporter's article was published online and accessible nationwide, including in the District of Columbia where it was read by Plaintiff and other DC readers.

22. The article was foreseeable and actually republished by other individuals and platforms, causing further reputational harm. See Exhibit 5.

23. Plaintiff suffered severe emotional distress, professional injury, reputational damage, harassment, and public ridicule as a direct result of Defendant's conduct.

24. Defendant acted negligently, recklessly, and with actual malice.

**V. CAUSES OF ACTION**

Plaintiff incorporates all prior paragraphs.

**COUNT I — DEFAMATION**

25. Defendant published false statements of fact about Plaintiff.

26. Defendant acted negligently, recklessly, or with actual malice.

27. Plaintiff suffered reputational, emotional, and professional harm.

**COUNT II — DEFAMATION PER SE**

28. Defendant falsely stated or implied that Plaintiff:

    a. engaged in professional misconduct;

    b. acted with partisan motives;

    c. participated in the Tea Party scandal;

    d. targeted conservatives;

    e. engaged in unethical behavior in her official duties.

29. These statements constitute defamation per se under District of Columbia law.

**COUNT III — FALSE LIGHT**

30. Defendant portrayed Plaintiff in a false and highly offensive manner.

31. Defendant acted with knowledge or reckless disregard for falsity.

32. Plaintiff suffered humiliation, emotional distress, and reputational injury.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

33. Compensatory, presumed, and punitive damages of not less than $10,000,000;

34. Damages for emotional distress, reputational harm, and professional injury;

35. Costs and fees;

36. Pre- and post-judgment interest;

37. Any other relief the Court deems just.

**VII. JURY DEMAND**

38. Plaintiff demands a trial by jury on all issues so triable.

**Dated: August 30, 2026**

Respectfully submitted,

/s/ [signature]

Niki Wilkinson
5737 5th St. NE
Washington, DC 20011
Phone: (202) 375-9803
Email: wilkinsonniki@hotmail.com

# Exhibit 1

SCOOPS

# SCOOP: Firings, weaponized revenue rulings, and more — how IRS scandals are raising attention on the Hill

WR

**Washington Reporter**
September 5, 2025 · 12 months ago

---

Washington, D.C. – Recent revelations about alleged political bias and misconduct at the Internal Revenue Service (IRS) have ignited a firestorm on Capitol Hill, with lawmakers demanding accountability and reform. Three high-profile scandals have thrust the agency into the spotlight, raising concerns about its impartiality and operations under the Biden administration.

In August, a top IRS lawyer in the Office of Chief Counsel, was reported to have pledged to "resist" President Donald Trump during his second term. The former aide to Sen. Ron Wyden (D., Ore), had a history of advocating far-left positions, including calls to abolish prisons and pack the Supreme Court. Following the report, the employee was placed on administrative leave pending an investigation into whether his political views influenced his work at the IRS,

especially as this employee authored the controversial Revenue Ruling 2024-14.

More recently, another IRS senior officer was attacking conservatives and President Trump while being employed as a federal employee. The *Daily Caller* recently highlighted that IRS employees Holly Paz and Niki Wilkinson, previously linked to the 2013 Tea Party targeting scandal under Lois Lerner, were still in power at the start of the Trump administration. The report alleges they were involved in new efforts to target conservative groups, prompting renewed scrutiny of the IRS's hiring practices and oversight.

Oversight of the IRS is exactly what Republicans like Rep. Jason Smith (R., Mo.) told the *Reporter* they plan to continue.

"We are absolutely keeping direct oversight over the IRS," he said. " have presented the administration a list of reforms that I believe that need to happen at the IRS. I've even presented information to them of non for profits that I believe that the tax exempt status should be revoked on because of terrorism or promoting propaganda that is harmful to the U.S., and we shouldn't be subsidizing that by allowing it to be in a nonprofit."

But according to a Republican Hill source, these incidents are merely the tip of the iceberg. The source claims the Biden-era IRS has embedded liberal policies into its operations, pointing to a controversial Revenue Ruling criticized by Reps. Lloyd Smucker (R., Pa.) and Mike Kelly (R., Pa.). The ruling, which targeted businesses, was seen by the Republican lawmakers as stretching the law to advance ideological agendas instead of upholding neutral tax administration. It was also authored by the employee later placed on leave for his anti-Trump comments.

In a letter to IRS Commissioner Billy Long, Smucker and Kelly demanded the ruling's immediate withdrawal, arguing it exemplifies systemic bias within the agency.

On Capitol Hill, outrage is growing. A senior Republican aide told the *Washington Reporter*

that"the IRS's politicized actions under Biden — whether it's rehiring scandal-tainted officials or issuing ideologically driven revenue rulings — undermine public trust. This is not some small or inconsequential agency. The new team needs to enact President Trump's agenda at the IRS immediately."

A source close to the Trump administration echoed this sentiment, telling the *Reporter* that "the IRS needs to hit pause on all Biden-era policies, including that revenue ruling, until a full review can root out this blatant weaponization. The American people deserve an IRS that enforces the law fairly, not one that picks sides."

As investigations unfold, lawmakers are signaling that IRS reform will be a top priority, with calls for transparency and accountability reverberating across the Hill.

## Daily Briefing

Subscribe

## More from Scoops

SCOOP: American Petroleum Institute's Kristin Whitman explains why Sen. Alan Armstrong's signature permitting reform legislation is needed

1 hour ago

SCOOP: Acting Labor Secretary Keith Sonderling visits JPMorganChase's New York HQ to discuss American Dream Initiative

2 days ago

SCOOP: While Roy Cooper runs for Senate on affordability, North Carolina energy prices rose faster than those in neighboring states while he was governor

3 days ago

---

SCOOP: Reps. Claudia Tenney and Nicole Malliotakis warn Americans about the dangers of DSA-aligned Democrats

4 days ago

*Read and shared by the policymakers, elected officials, and staff who shape U.S. policy.*

WASHINGTON REPORTER






# Exhibit 2

DAILY CALLER

# EXCLUSIVE: Top IRS Officer Launches Online Tirade Against Republicans

DAILY CALLER

(Photo by Tasos Katopodis/Getty Images)

September 03, 2025 6:17 PM ET

**Ashley Brasfield** Reporter

High-ranking Internal Revenue Service (IRS) officer Niki Wilkinson posted a lengthy rant on LinkedIn railing against Republicans for their efforts to oust one of her colleagues, who is accused of targeting conservatives, on leave.

Wilkinson accused the GOP of "fear mongering" and "falsely describing" the work of the IRS official, calling their concerns about political targeting a "farce."

**Wilkinson** made the remarks in a comment on conservative activist Chuck Flint's **post** about Holly Paz, a former IRS official who served as a **deputy** to Lois Lerner. Lerner was head of the IRS division responsible for the Tea Party targeting scandal during the Obama administration.

Flint, a former top aide to Republican Tennessee Sen. Marsha Blackburn and the current president of the Alliance for IRS Accountability, praised the decision to put **Paz** on leave, noting that she has recently been accused by lawmakers of again going after

conservatives through a Biden-era effort to audit pass-through businesses. **(RELATED: EXCLUSIVE: Watchdog Wants IRS To Take Hard Look At Anti-ICE Nonprofit Raking In Chinese Cash)**



Niki Wilkinson replied to their own comment on this

Charles Flint · 2nd
President & CEO, Alliance for IRS Accountability | Attorney...
4w · Edited ·
+ Follow

My interview with Fox News Media on #IRS political targeting.

Chuck Flint, a former top aide to Blackburn and president of the Alliance for IRS Accountability, told Fox News Digital on Tuesday that Paz's past targeting of conservative groups makes her "unfit for government service." Flint said her statements to Congress and role as LB&I chief "places a cloud over the IRS."

"Paz's Biden-era pass-through unit is now bludgeoning conservative businesses with fines and must be disbanded. Commissioner Long is flexing his muscles on the IRS Deep State and sending a signal to rogue bureaucrats by placing Paz on leave."

Alliance for IRS Accountability

Key aide in IRS' Tea Party targeting controversy put on leave after allegations of...
foxnews.com

10
2 comments · 1 repost

Like Comment Repost Send

Chuck Flint's LinkedIn post discussing his Fox News interview on Holly Paz and the past targeting of conservative groups.

"Such a farce! Interesting how Senators outside the IRS are fear mongering and falsely describing the work. They have no idea what Examiners found in those audits, which in fact exposed fraud or noncompliance in the passthrough area as for years the IRS didn't effectively audit them," Wilkinson wrote in a comment on Flint's post.

"If the Senators were really so concerned, why not drag them to Congress and review the work that was done especially since the GOP is in the majority and could easily do so," Wilkinson said.

"Or are they afraid of the [sic] seeing the results and that some of their wealth constituents weren't as compliant as they should have been!" she added.

**Niki Wilkinson** · 3rd+ 4d ·
Appeals Officer Internal Revenue Service

Such a farce! Interesting how Senators outside the IRS are fear mongering and falsely describing the work. They have no idea what Examiners found in those audits, which in fact exposed fraud or noncompliance in the passthrough area as for years the IRS didn't effectively audit them—there was a history of "no changes" because Examiners didn't have the skill or the time to do the work. And Paz was not diving charge of this unit, but rather it was one of many under her umbrella as the LB&I Comm'r. The unit was ran by others in the chain just like others such as crossborder activities etc. If the Senators were really so concerned, why not drag them to Congress and review the work that was done especially since the GOP is in majority and could easily do so. Or are they afraid of the seeing the results and that some of their wealth constituents weren't as compliant as they should have been!

Like · 1 | Reply · 1 reply

**Niki Wilkinson** · 3rd+ (edited) 4d ···
Appeals Officer Internal Revenue Service

And what's also comical about this is they sidelined IRS staff who were rooting out fraud, waste, and abuse in tax compliance while having voted for the confirmation of Billy Long to lead the IRS who had been promoting ERC credits and the Tribal Tax Credit scam, among other issues . . . .

Like · 1 | Reply

Niki Wilkinson, IRS Appeals Officer, comments on Chuck Flint's LinkedIn post.

A former Senate Republican Conference Staff Director told the Caller in response to Wilkinson's post and criticism that GOP senators should not have to face attacks for doing their jobs and working to combat politicization and corruption. **(RELATED: Trump**

**Removes IRS Commissioner, Bessent Named Acting Head**)

“Republican senators shouldn’t face cruel attacks for merely doing their jobs by taking on IRS politicization like the corrupt Direct File program or weaponized revenue rulings,” the source said.

Wilkinson has consistently made other posts on her LinkedIn account openly criticizing the Trump administration, including two posts this week accusing the president of engaging in corruption and countless others praising and elevating Democrats’ comments railing against Trump.

“Here’s a good read!” Wilkinson wrote as a caption on an article she shared titled, “The Toxic Stew That Is Pete Hegseth.”



Niki Wilkinson
Appeals Officer
2mo

LinkedIn

Here's a good read!




The Toxic Stew That Is Pete Hegseth
Joshua Powell on LinkedIn

1 2 Comments

Like Comment Share

"More Jan 6 prosecutors fired for merely doing their jobs!" Wilkinson **wrote** in response to an article about the FBI firing prosecutors who had been involved in cases involving January 6 defendants.

Wilkinson acknowledged that she was not authorized to speak to the press on behalf of the IRS but nonetheless offered lengthy comments to the Daily Caller defending her LinkedIn posts.

Wilkinson argued in a statement to the Caller that actions like "asking states to gerrymander," involvement in "the Qatari plane issue," giving

“pardons to people who made donations to their campaign,” or using government positions to “enrich themselves” could be seen as corruption, regardless of party.

She further cited examples like “hawking memorabilia, the crypto issues, business transactions overseas, [and] pay for play issues by his children.”

Wilkinson stated she can’t recall “any other U.S. president doing these things.”

Wilkinson emphasized that the pass-through unit being scrutinized by Republican lawmakers “isn’t just ‘bludgeoning conservatives.'”

“I am in the DMV, which has a high Democratic population, and they, too, have been audited as well,” Wilkinson told the Caller.

Wilkinson also argued that it’s “absurd” to suggest Paz is directly “leading the exams,” noting that she is “like 4 layers removed from the examiners on the ground.”

# Exhibit 3



Niki Wilkinson

Head Team Player and Chief of Fun Officer

Washington, District of Columbia, United States · Contact info

500+ connections

Open to | Add section | Enhance profile | Resources

Internal Revenue Service

Washington State University

## About

Disclaimer: the posts I make on LinkedIn are my personal views or articles/insights/views of other commentators and aren't endorsed by the IRS.

Experienced Tax professional with a demonstrated history of working in the financial services industry. Strong legal professional skilled in Tax Accounting, Income Tax, IRS, Tax Law, and Tax Research. Legal scholar graduated from Washington State University, Thomas M. Cooley Law School, University of Florida - Fredric G. Levin College of Law, and Georgetown University Law Center.

## Experience

**Internal Revenue Service**
Full-time · 7 yrs

**Appeals Officer Examination**
Sep 2021 - Present · 5 yrs
Washington DC-Baltimore Area

**Internal Revenue Agent LB&I**
Sep 2019 - Sep 2021 · 2 yrs 1 mo
Vienna, Virginia

**Various positions and gig work**
Various Companies · Full-time
Apr 2018 - Sep 2019 · 1 yr 6 mos

**Senior Manager Taxation and Regulatory Compliance**
ICMA-RC
Feb 2016 - Apr 2018 · 2 yrs 3 mos
Washington D.C.

Prepare and review workpapers and Federal, state, and local returns and other government forms. Monitor changes in tax law, perform tax research and provide advice on US and international tax issues, an... more

**Manager: Tax Controversy and Dispute Resolution (WNTS)**
PricewaterhouseCoopers
Aug 2010 - Feb 2016 · 5 yrs 7 mos
Washington, DC.

Focused on IRS practice, procedure, and controversy matters. Represented clients before the IRS, including examinations, Appeals, and collection due process hearings. Assisted clients with tax return and FB... more

**Attorney Advisor to Judge Juan F. Vasquez, CSTJ Peter J. Panuthos and STJ John F. Dean**
US Tax Court
Jul 2007 - Aug 2010 · 3 yrs 2 mos
Washington D.C.

Drafted opinions and wrote memoranda analyzing procedural, evidentiary, and substantive tax issues. Advised judges on court reviewed opinions and other matters, reviewed motions and recommende... more

# Exhibit 4

Home My Network Jobs Messaging Notifications Me For Business Learning

Promote this post to reach people who matter to you. Boost

**Niki Wilkinson** • You
Head Team Player and Chief of Fun Officer
11mo •

Look at this story that was published about me today. Found it interesting that before I spoke with this so-called journalist that I was being trolled on LinkedIn for the comments I had about AIA's lobbying efforts and GOP wanting to dismantle the pass-through unit. My reply to journalist is below. Does anyone have a good attorney in the DC area that I can discuss a potential lawsuit against this news source and/or the journalist?




**EXCLUSIVE: Top IRS Official Terminated After Public Tirade Against Trump Administration**
dailycaller.com

38 — 43 comments • 1 repost

Reactions

+30

Like

Comment

Repost

Send

15,709 impressions — View analytics

Add a comment...

Most relevant

**Niki Wilkinson** Author — 11mo
Head Team Player and Chief of Fun Officer

I also find it interesting that the journalist had written one of articles on Wednesday 9/3 @ 6:17 pm and used an AIA article from a month ago to try to attack me. She had messaged me at 5:33 pm on Wednesday. But I didn't get back to her until 7:57 pm, and by then she had already published the article. In the interim the trolls, started posting to my LinkedIn page on Thursday morning.

My response to her noted that the AIA article and the Senators letters were not accurate:
- Ms. Paz is several layers removed from audit execution & the portrayal of her role was not just inaccurate—it's was deliberately made to personalize and politicize a complex enforcement structure.
- Field examiners operate with autonomy and are not politically directed. Their statements about "Paz's targeting" & examining Republican taxpayers in the pass-through unit is not only misleading—it's disrespectful to these career civil servants.
- Misrepresenting the IRS structure also undermined trust in neutral enforcement.
- Their use of the term "fines" was not just legally inaccurate—it's misleading, and it obscures the nuanced, procedural safeguards built into IRS penalty determinations.

Like | Reply · 7 replies | 1,014 impressions

**Niki Wilkinson** Author 11mo •••
Head Team Player and Chief of Fun Officer

More of the timeline:
When my responses to the trolls and the journalist showed no bias and pointed out the fallacy of AIA's and the Senators writings, the journalist messaged me again on Thursday 9/4 at 10:29 pm and asked about Trump and corruption. I replied Friday morning at 1:09 am. I had also added a comments about the "fine" vs. penalty/addition to tax distinction to the AIA post, a very oversimplified org. chart that illustrated some of the layers of oversight, and commented that before AIA lobbied the IRS & Congress about reforms that AIA should know how the IRS really operates (I also showed screenshots of lobby forms showing AIA was already lobbying and had also sent a FOIA request to the IRS). But the journalist missed this and didn't include it in the article or she deliberately left it out.

Later the article was published on 9/5 at 2:44 pm. Yet before publishing she was messaging me on 9/5 at 9:37 am asking if I was still employed with the IRS. And the second round of trolls were again posting to my page.

Like · 1 | Reply | 839 impressions

**Niki Wilkinson** Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson Final part of the timeline:

This timeline shows that the journalist had no intention of honest and accurate reporting—her sole purpose was to try to get me fired and to hurt my reputation. She didn't respect my privacy, the obligation to avoid harm, and she didn't protect her source's identity. Simply put, she breached her ethical duties and she has shown that is an unethical journalist. This timeline and the info on the trolls is going to be pretty compelling for a lawsuit.

Like | Reply | 124 impressions

**Niki Wilkinson** Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson here are the screenshots of my statements to her on Wednesday:


2:34 AM
Ashley Brasfield, MBA

Niki Wilkinson · 7:57 pm
Sure but I'm not authorized to speak to the press on behalf of the IRS. The pass through unit isn't just "bludgeoning conservatives". I am in the DMV, which has a high democratic population, and they, too, have been audited as well.

Niki Wilkinson · 8:09 pm
The audits have noncompliance. Historically, pass through entities were not audited because the IRS lacked the staff, those who were assigned partnership/ S corp/ etc. cases lacked experience, and the audits were closed the with a no change. You can probably find some press articles referencing Werfel who said that is why the IRS needed to hire talent with partnership/S corp/etc. experience from the outside and actually start auditing these entities.

Write a message...

Like | Reply | 134 impressions

**Niki Wilkinson** Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson

Like | Reply | 121 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson


Niki Wilkinson

For the Senators like Ernst to take the position that Ms. Paz is the leading the exams is absurd. She is like 4 layers removed for the examiners on the ground. Usually you will find 1-3 executives between Ms. Paz and the manager of the examiner. Most territory directors have several managers below them (1 manager per team) and those managers have examiners who are doing the audit. The examiners have wide latitude. The best analogy is that the examiners function like a solo business owner but with a steady pay check. Anyone whose like at an IRS or chart for LB&I from Paz down to the ground level would see that she not directly involved.

Looked at not like

Write a message...

Like | Reply | 120 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson


Niki Wilkinson

The IRS also doesn't levy "fines" — it imposes penalties or additions to tax (similar to penalties), but the examiner would have to establish that a penalty applied and also see if the taxpayer has reasonable cause or some other waiver to penalty might apply. Usually, LB&I doesn't impose penalties like SBSE does, but that could also be different depending on the manager/ territory.

Ashley Brasfield, MBA

Thank you for the comment. Also wanted to ask about other post you have made accusing Trump of corruption? Could you provide any further comment on that

Write a message...

Like | Reply | 130 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson here is an overly simplified org. chart that illustrates the many layers of oversight between Ms. Paz and Examiners.


Holly Paz
LB&I Commissioner
↓
Deputy Commissioners
(Compliance, Operations)
↓
Directors of Field Operations (DFO
(Industry or Geographic Segments)
↓
Territory Managers
(Oversee multiple teams)
↓
Frontline Managers
(1 per examiner team)
↓
Revenue Agents / Examiners
(Conduct audits with autonomy)

Like | Reply | 308 impressions

Collapse replies

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Here are the 5 trolls from earlier today


Jason H. Goss, CPP · 3rd+

Do you currently work for the executive branch?

Like Reply 1

Niki Wilkinson Author

Jason H. Goss, CPP yes why do you ask?

Like Reply

Joyce DeBolt · 3rd+

What's your job???

Like Reply 1

Niki Wilkinson Author

Joyce DeBolt it depends! I'm an attorney, too, like Ms. Paz.

Like Reply

Like | Reply · 4 replies | 1,567 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson the 3rd



1998

Like Reply 1

Niki Wilkinson Author

John Doles that's a good one too! And he looks so different if his name was not mentioned above, I wouldn't have recognized him.

Like · 1 | Reply | 1,067 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson



Babe undefined

"Good judges" DON'T ATTEMPT TO OVERRULE THE SUPREME COURT OF THE UNITED STATES!
"Good judges" are there to make rulings IN THEIR DISTRICTS that have to do with the cases brought to them in their district..
"Good judges" do NOT ignore the Constitution of the United States or the laws of this nation because of their liberal activist ideology. ...more

Like Reply 1

Niki Wilkinson Author

Babe undefined Babe undefined so I'll be nice and hold back punches since it says you're former military and my family has served. But you obviously didn't read the article because the main point of the article is that the Federal judges are have a hard time using these shadow docket decisions

Like | Reply | 167 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson her other post from today



Babe undefined

Optics? You want to whine about "optics" after you threw a fit over an employee of the IRS being fired for targeting conservatives? Last I checked, the IRS is a nonpolitical arm of the Department of the Treasury that collects taxes and TREATS ALL TAXPAYERS EQUALLY!!
Any idiot who targets a taxpayer because of their political beliefs SHOULD BE FIRED!
Any idiot who defends an employee ...more

Like Reply 1

Niki Wilkinson Author

Babe undefined actually I didn't "throw a fit" but neutrally pointed out the flaws in the AIA piece as well as those of the Senators who wrote letters to the Treasury Department. But because you're so upset that you had to resort to name calling, my arguments worked! If you actually read and comprehended what was said, you'd see that I wasn't defending what Ms. Paz & the others did 10 years

Like | Reply | 144 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson



ago. And in fact, if you did some research, you'd see that they had ensnared both Democrats and Republicans, and they weren't doing it for political reasons but to ensure compliance with section 501, which is not an easy code provision. Unfortunately, the way they went about it or the method used was not good. But whether it's Ms. Paz or any other Federal employee who gets terminated out of political retribution it is wrong, and they should be defended!

Like Reply 3 impressions

Like | Reply | 362 impressions

Collapse replies

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Here are the 3 trolls from yesterday

Richard S. · 3rd+
Sales Engineer at Jacobsen Industries Inc.
...ional for a "public servant" ... biased comments
Like · 1 Reply

Niki Wilkinson Author
Appeals Officer Internal Revenue Serv...
Richard S. where's the bias? And right back at you: I think it's highly unprofessional for a Sales Engineer at Jacobsen to attack an individual for their personal speech. Unlike Trump, I am not a public figure but just an ordinary person and inability to differentiate the to is disturbing. Additionally, just because someone works for the government doesn't mean they lose their right to speak about or even criticize it. There are plenty of court decisions that say so. It's called Right to Free Speech under the First Amendment. Did you not learn about this in your high school or middle school classes?

Like | Reply · 6 replies | 1,356 impressions

See previous replies

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Niki Wilkinson and this guy trolled the Tribal Tax Credit Circular 230 post yesterday

Eric Ledger · 3rd+
Retired-Sales Representative Of Industrial P...
Still awaiting the explanation for this and penalties and interest associated with those with proof they filed in 2019 and 2020. Page 9 of this IO report specifically states this will not happen. Yet it still does. Abatements requests to reverse these still not answered from 10 mos ago. Transcripts still missing for these 30 million tax payers ?
2021 returns 2 years and 7 mos to ...more
Action Is Being Taken to Address the Syst...
irs.gov
Like Reply

Like | Reply | 375 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Interesting timing of both of the Daily Caller Articles:
> Just days after I posted concerns about potential escrow breaches involving Nason Yeager and reposted commentary on Circular 230 violations tied to the Tribal Tax Credit scheme, a series of articles appeared in partisan media trying to harm my reputation. Additionally, I was trolled and survielled by 6 people ...more

Like | Reply | 992 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Yes, and BTW you're article is absurd. I'm not a "high ranking official" and I specifically said the Senators were fear mongering, not Trump. The comments I made were off-duty, in my personal capacity (not as a Federal employee, and protected by the first amendment. You should read the case law on that as well as the Hatch Act. And the reason I didn't respond to your question about whether I was currently at the IRS this morning is because I was working.

My comments against AIA and the Senators neutrally explained why their positions were wrong —that is the real reason you posted this article because you didn't like my comments. I also explained to you that I thought anyone who did those things regardless of party could be considered corrupt. I've also commented on Democrats activities as well, so why didn't you include some of those posts for a complete discussion such as the ones discussing insider trading by Pelosi and others.

Like · 3 | Reply · 1 reply | 1,544 impressions

Niki Wilkinson Author 11mo •••
Head Team Player and Chief of Fun Officer

Part 2 of the Response:

What you and others fail to get is that you can't gauge someone's political beliefs merely by likes or comments on social media, because you've incorrectly profiled me and my views. You really should've have looked into my background and actually conversed with me about my political beliefs before you rushed into publishing this story. And your story falsely reported that I was terminated.

Finally, your story may have just led to a lawsuit against you and the dailycaller as an everyday individual (and not a public official etc) reporters have to be careful about what they write—you may want to contact your legal team. And if I do get terminated because of this article, I'll also have an

awesome lawsuit for wrongful termination based on the first amendment cases and the Hatch Act.

Like · 4 | Reply | 1,615 impressions

**Niki Wilkinson** Author · 11mo
Head Team Player and Chief of Fun Officer

Here's the actual chat I had with her re the corruption issue:


Ashley Brasfield, MBA

Ashley Brasfield, MBA
Thank you for the comment. Also wanted to ask about other post you have made accusing Trump of corruption? Could you provide any further comment on that

THURSDAY

Niki Wilkinson
Well, I think anyone who does the things below whether GOP or Democrat could be considered engaged in corruption such as:
1. Asking states to gerrymander their voting districts to pick up more seats for their party;
2. The Qatari plane issue;
3. Giving pardons to people who made donations to their campaign;
4. Using their position in Government service to enrich themselves such as hawking memorabilia, the crypto issues, business transactions

Write a message...

Like · 2 | Reply · 1 reply | 1,892 impressions

**Niki Wilkinson** Author · 11mo
Head Team Player and Chief of Fun Officer

Part 2 of the Chat


Ashley Brasfield, MBA

overseas, pay for play issues by his children, etc.
I'm sure there's more examples in the press, but these are some of the few that I recall reading about.

Niki Wilkinson
I don't remember anyother US President doing these things do you? What's your thoughts about the corruption issue?

Like | Reply | 1,472 impressions

**Niki Wilkinson** Author · 11mo
Head Team Player and Chief of Fun Officer

Now they just posted another story abot my comment on the AIA post and added a couple other screenshots of stories I had posted:

https://dailycaller.com/2025/09/03/irs-holly-paz-niki-wilkinson-tea-party-lois-lerner-charles-flint/




**EXCLUSIVE: Top IRS Officer Launches Online Tirade Against Republicans**
High-ranking Internal Revenue Service (IRS) officer Niki Wilkinson posted a long rant on the LinkedIn railing against Republicans.

Like · 1 | Reply · 1 reply | 1,437 impressions

**Niki Wilkinson** Author · 11mo
Head Team Player and Chief of Fun Officer

Interesting that the author only posted the articles re the GOP and none of the other articles I posted on legal/other issues.

Like · 1 | Reply | 1,319 impressions

# Exhibit 5

Flint reposted to his personal X page




Flint reposted to AIA's Linkedin page




Flint reposted to personal Linked in page

